

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2014

No. 04-14-00285-CR

Jason Clay **DOTSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10439
Honorable Ron Rangel, Judge Presiding

## O R D E R

The record in this appeal is complete except for a seventy-page volume of the reporter's record. On August 20, 2014, the reporter, Herminia Torres, filed a notification of late record, stating she has not filed the volume because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We therefore **order** appellant to provide written proof to this court by **September 2, 2014** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **September 22, 2014**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2014.

Keith E. Hottle
Clerk of Court